# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2014

### NO. 03-13-00551-CV

**The City of Austin d/b/a Austin Energy, Appellant**

**v.**

**Liberty Mutual Insurance; Safeco Insurance Company of Indiana; Travelers Casualty Insurance Company of America; Travelers Lloyds of Texas Insurance Company; The Travelers Home and Marine Insurance Company; Travelers Commercial Insurance Company; Daniel and Katherine Sterns, Individually and as Next Friend of [redacted], a Minor; William McCurley; Elizabeth Harpine; and Anne Elise and Michael A. Stock, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED IN PART, REVERSED AND DISMISSED
FOR WANT OF JURISDICTION IN PART -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the interlocutory order signed by the trial court on July 26, 2013. Having reviewed the record and the parties' arguments, the Court holds that appellees' common-law tort claims are based on the City's performance of a proprietary function, for which it does not have governmental immunity. Therefore, the Court affirms the trial court's interlocutory order to the extent it denies the City's motion to dismiss those claims for lack of subject-matter jurisdiction. The Court further holds that the appellees have not pleaded valid inverse-condemnation claims and therefore reverses that portion of the trial court's interlocutory order and dismisses those claims for lack of subject-matter jurisdiction. The parties each shall bear one-half the costs

relating to this appeal, both in this Court and in the court below; and this decision shall be certified below for observance.